IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JANET RENEE HATTON,

    Plaintiff,

v.                                CASE NO. 4:15cv158-RH/CAS

FLORIDA DEPARTMENT OF
LAW ENFORCEMENT,

    Defendant.

_____/

## ORDER CONFIRMING THE SCHEDULE

Upon consideration of the parties' notices, ECF Nos. 6 and 7, filed in compliance with paragraph 1 of the Scheduling and Mediation Order of May 9, 2015, ECF No. 5,

IT IS ORDERED:

The Scheduling and Mediation Order of May 9, 2015, ECF No. 5, remains in effect.

SO ORDERED on June 2, 2015.

                                                s/Robert L. Hinkle
                                              United States District Judge